980 DFE 1   917I0009/23/17
RETURN TO SENDER
FLORES
4801 121ST ST SW APT 6
LAKEWOOD WA 98499-5826

RETURN TO SENDER

FILED

2017 NOV 30 PM 12:34

M.L. HATCHER, CLK.
U.S. BANKRUPTCY COURT
WD OF WA AT TACOMA

BY _____ DEP CLK

(See reverse for requirements of LBR 9011-1 relating to change of address, telephone number, or email address)

CASE NAME: Rabago     CASE NO: 17-40978

FOR:
- **X** DEBTOR
- ___ JOINT DEBTOR
- ___ CREDITOR
- ___ ATTORNEY (Please include Bar ID Number _____)
- ___ PLAINTIFF
- ___ DEFENDANT

**OLD ADDRESS:**

NAME: Rosaline Flores Rabago

ADDRESS: 9312 McKinley Ave

Tacoma, WA 98445

PHONE: _____

EMAIL ADDRESS (attorney only): _____

**NEW ADDRESS:**

NAME: Rosaline Flores Rabago

ADDRESS: SAME AS OLD ADDRESS

PHONE: _____

EMAIL ADDRESS (attorney only): _____

SIGNATURE OF PARTY(S) REQUESTING CHANGE:

*Rosaline F. Rabago*      Date NOV 21, 2017

RECEIVED BY MAIL

NOV 27 2017

Rev. 6/28/2012
Change of Address