UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
http://www.wawb.uscourts.gov

## CHANGE OF ADDRESS

**(See below for requirements of LBR 9011-1 relating to change of address or telephone number)**

CASE NAME Rabago                                CASE NO 17-40978

FOR:    __X__  DEBTOR

        _____  JOINT DEBTOR

        _____  CREDITOR

        _____  ATTORNEY   (Please include Bar ID Number)

        _____  PLAINTIFF

        _____  DEFENDANT

RECEIVED BY MAIL
NOV 06 2019

USBC WAWB TACOMA WA
Filed 7 NOV 2019 am 11:50

NEW ADDRESS:

NAME: Rosaline Flores Rabago

ADDRESS: 9312 Mckinley Ave
Tacoma WA 98445

PHONE: 360-281-2617

EMAIL ADDRESS _____

**THIS ADDRESS IS FOR ____ CORRESPONDENCE, OR ____ PAYMENTS.

SIGNATURE OF PARTY(S) REQUESTING CHANGE:

X  Rosaline F Rabago          Date  nov 4, 2019

X _____

Old Address: 9312 Mc Kinley Ave
Tacoma WA 98445

Trustee's Creditor No. _____

CHANGE OF ADDRESS
(rev. 4/1/05)